MARCH 6, 1956

**No. 59759.**—Gold-Silver & Co. *v.* United States, protest 196211–K.–

Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, MARCH 15, 1956

**No. 59760.**—Seaboard Import Co., Inc. *v.* United States, protests 205949–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of artificial flowers similar in all material respects to those the subject of Abstract 59302, the claim of the plaintiff was sustained.

**No. 59761.**—M. E. Dey & Co., Inc. *v.* United States, protest 165064–K (Milwaukee).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cane furniture similar in all material respects to that the subject of *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475), the chairs in question were held dutiable at 20 percent under the provision in paragraph 412, as modified by T. D. 51802, for chairs, wholly or in chief value of wood, and furniture, other than chairs, was held dutiable at 12½ percent under said modified paragraph.